JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** III   **Investigating Agency** IRS
**City** Hopkinton
**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☐ No

**Defendant Information:**
**Defendant Name** DARIUSZ PIETRON   Juvenile: ☐ Yes  ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☐ No
**Alias Name:** _____
**Address:** WILD ROAD   HOPKINTON, MA 01748
**Birth date (Yr only):** 1973   **SSN (last 4#):** 7927   **Sex:** M   **Race** CAUCASIAN   **Nationality:** _____
**Defense Counsel if known:** Philip Cormier // David Klemm   **Address:** 83 Atlantic Avenue // 6 Beacon Street # 515
**Bar Number:** _____   Boston, MA 02110 // Boston, MA 02108

**U.S. Attorney Information**
**AUSA:** VICTOR A. WILD   **Bar Number if applicable:** 543148

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____
**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No
**Matter to be SEALED:** ☐ Yes  ☑ No
☐ Warrant Requested   ☑ Regular Process   ☐ In Custody
**Location Status:** _____
**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:** ☐ Complaint   ☑ Information   ☐ Indictment
**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: April 15, 2024   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 26 USC 7202 | Failure to Collect or Pay Over Taxes | 1 - 3 |
| Set 2 | 18 USC 1341 | Mail Fraud | 4 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013